# EXHIBIT A

DocuSign Envelope ID: 4204B7D4-C29D-4388-957B-3EE35A0A0CE4

## PURCHASER-SPECIFIC AGREEMENT

**THIS PURCHASER-SPECIFIC AGREEMENT** (the "*Agreement*") is effective on April 1, 2023, by and between Towne Park, LLC, a Maryland limited liability company ("*Towne Park*"), and Resilience Healthcare ("*Owner Operator*") and Ramco Healthcare Holdings, LLC ("*Owner*"), ("Owner Operator" and "Owner" singularly and collectively, "*Purchaser*"). Towne Park and Purchaser shall be collectively known as the "*Parties*" or singularly as a "*Party*". The Parties enter into this Agreement in connection with that certain Purchasing Agreement, Agreement HPG-5229, January 1, 2021, between HealthTrust Purchasing Group, L.P. ("*HealthTrust*") and Vendor ("*Purchasing Agreement*"). The provisions of the Purchasing Agreement are incorporated into this Agreement. This Agreement shall be subject to the terms and conditions of the Purchasing Agreement. In the event of a conflict between the terms of the Purchasing Agreement and this Agreement, the terms of the Purchasing Agreement shall control. All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such term in the Purchasing Agreement.

Premises: Within the body of this Agreement, each location identified in the tables below is a "*Premises*" and collectively "*Premises*." Within each Schedule, the Premises for which such Schedule applies will be identified.

| Facility/Group Name: (if Group, list of Affiliates of Group shall be attached to this Agreement) | Weiss Memorial Hospital |
|---|---|
| Address: | 4646 N Marine Dr |
| City, ST, ZIP: | Chicago, IL 60640 |
| Type: | [X] Acute Care   [ ] Surgery Center   [ ] Imaging Center   [ ] Other |
| GPOID: | |
| Contact Person & Title: | Manoj Prasad, CEO |
| Contact Phone: | 708-383-6200 |
| Contact Email: | mkp@westsubmc.com |

## RECITAL

**WHEREAS** Towne Park is in the business of providing professional parking, hospitality, and managed labor services and Purchaser desires to engage Towne Park to provide such professional services ," which are detailed in the Schedules attached to this Agreement ("*Services*") at the Premises (as defined herein).

**NOW, THEREFORE,** in consideration of the promises set forth in this Agreement, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto mutually agree and covenant as follows:

1. **Engagement:** Purchaser hereby engages Towne Park to provide the Services at the location(s) specified in attached Schedules. Towne Park shall provide the Services during the Term of this Agreement as defined below in accordance with the policies, standards and procedures established by and in accordance with the Purchasing Agreement and the terms and conditions hereinafter set forth.

2. **Term:** The term of this Agreement shall commence on its Effective Date and shall continue for a period of 3 years (unless it is sooner terminated pursuant to Section 3 below or extended pursuant to this Section 2) (the "*Term*"). Notwithstanding anything to the contrary herein contained, this Agreement shall renew on a month to month basis following the expiration of the Term (unless it is sooner terminated pursuant to Section 3 below).

3. **Early Termination and Termination for Cause:**

    3.1 Termination without Cause. Purchaser shall have the right, at any time during the Term, to terminate this Agreement in its entirety or with respect to certain Services, without Cause, by providing at least sixty (60) days prior written notice, without any liability to Towne Park for such termination. Towne

DocuSign Envelope ID: 4204B7D4-C29D-4388-957B-3EE35A0A0CE4

Park shall have the right, at anytime during the Term, to terminate this Agreement in its entirety, without cause by providing at least ninety (90) days prior written notice, without liability to Purchaser for such termination.

3.2 <u>Termination with Cause</u>. In the event that either Party breaches this Agreement, the non-breaching Party may notify the breaching Party of such breach and demand that the breach be cured within thirty (30) days for any breach. In the event the breach is not cured within the applicable time period, the non-breaching Party may immediately terminate this Agreement with written notice to the breaching Party.

## 4. <u>Service Standards:</u>

4.1 In addition to any warranties or other requirements provided in the Purchasing Agreement, Towne Park shall provide the Services at the Premises in a first-class professional manner in accordance with customary industry standards for guests and visitors of Purchaser (collectively, the "***Parkers***"). Towne Park acknowledges that this level of service is an essential element in the successful operation of Purchaser.

In furtherance of the foregoing, Towne Park shall manage, direct, supervise, promote and operate the Services at the Premises and shall perform all necessary and customary duties in connection therewith in conformity with good commercial practices that are customary within the industry. Towne Park shall provide courteous, efficient and prompt service to the Parkers. Without limiting the foregoing, Towne Park agrees to observe and comply with, and cause its employees to observe and comply with, all reasonable written rules and regulations adopted from time to time by Purchaser with respect to the Services, provided such rules and regulations are lawful and are communicated in writing in advance to Towne Park.

4.2 Vendor shall (and shall require that any Subcontractors shall) (i) retain exclusive responsibility for the payment of wages, salaries, benefits, taxes and/or other payments to, or in respect of, Vendor Personnel; (ii) remain the common law employer of Vendor Personnel; (iii) retain the authority to manage, direct and control the day-to-day work of Vendor Personnel; and (iv) inform Vendor Personnel in writing that they are not eligible to receive benefits offered to employees of customers of Vendor and/or Subcontractor (in a manner inclusive of HealthTrust, Purchaser and/or their respective Affiliates) and retain written confirmation of same.

## 5. <u>Personnel and Staffing:</u>

5.1. <u>Generally</u>: Employees of Towne Park shall provide the Services. Towne Park shall recruit, employ, train and properly supervise all employees necessary for the smooth and efficient operation of the Services pursuant to this Agreement and in a manner that is customary within the industry. All personnel employed by Towne Park at each Purchaser's Premises shall at all times and for all purposes be solely in the employment of Towne Park. Towne Park shall provide staffing levels as mutually agreed upon by the Purchaser and Towne Park and set forth on Schedule A to this Agreement. Additional staff shall be provided as needed to accommodate fluctuations in business, as mutually agreed upon in writing by Purchaser and Towne Park.

5.2. <u>Standards of Conduct</u>: All employees of Towne Park, when on any Premises, shall conduct themselves in a manner consistent with the standards, quality and image of Purchaser. Purchaser may for legitimate reasons require Towne Park to remove from employment at the Premises such employees of Towne Park as Purchaser reasonably deems incompetent, careless or otherwise objectionable, or whose continued employment is contrary to the Purchaser's best interest.

5.3. <u>Background Checks</u>: For each employee, Towne Park agrees that it will:

    i.    verify social security number;

    ii.    check motor vehicle record;

DocuSign Envelope ID: 4204B7D4-C29D-4388-957B-3EE35A0A0CE4

iii.     check criminal background;

iv.     perform drug screening in compliance with state, local and federal law;

v.     confirm that employee is not in the sexual offenders registry;

vi.     confirm that employee is not in the Office of Inspector General's ("*OIG*") database of excluded individuals or the U.S. General Services Administration ("*GSA*") database;

vii.     as discovered through any background check or based upon Vendor's knowledge, have not been terminated from employment by any employer or contractor for theft, misappropriation of property, or any other potentially illegal or unethical acts; and

viii.     have the appropriate I-9 documentation.

Any additional screening, including but not limited to health screening, upon mutual agreement of both Parties to be paid for by Purchaser. Towne Park shall not use any Vendor Personnel that does not have the appropriate I-9 documentation to provide Products and/or Services to Purchaser. Towne Park shall obtain a Purchaser's prior written consent before using any Vendor Personnel failing to meet any of the criteria in (i) – (vii) above to provide Products and/or Services to Purchaser or permitting any such Vendor Personnel to have access to Purchaser's facility. Any breach of this Section 5 (c) shall give Purchaser the right to terminate this Agreement immediately.

6.    **Non-Solicitation:** During the term of this Agreement and for six (6) months thereafter, neither Towne Park nor Purchaser will, without the prior written consent of the other Party, solicit any person currently employed by the other party for employment. In the event Purchaser solicits and employs a person in violation of the foregoing sentence, then as a sole and exclusive remedy, Purchaser will pay to Towne Park a one-time fee of $500. However, the aforementioned notwithstanding, Purchaser in its sole discretion may offer employment to, and employ, contractors or employees of Towne Park without payment of any fee: (i) if contractor or employee's working relationship with Towne Park had been terminated prior to Purchaser's offer of employment; or (ii) the contractor or employee responds to a general public solicitation for employment issued by Purchaser. Purchaser shall have no payment obligation when hiring Towne Park's employees outside of the scope of Service of this Agreement.

7.    **Non-Discrimination:** Towne Park affirms that it shall comply with all applicable laws and regulations prohibiting employment discrimination in the performance of this Agreement.

8.    **Licenses and Permits:** Towne Park shall comply with and observe all applicable federal, state and local laws and regulations. Towne Park shall procure all licenses and permits required to provide the Services.

9.    **Miscellaneous:** Purchaser shall provide the following at the Premises, at no additional cost and expense to Towne Park: (i) an adequate loading area and parking area to provide the Services; (ii) maintenance of the valet lot and associated work area; (iii) permanent signage (directional signage to be provided by Towne Park); (iv) administrative office space adequate in size to accommodate Towne Park's personnel, one personal computer, and the short term storage of daily revenue reports, tickets and other related business records; (v) a house telephone with voice message capability for use by Towne Park's Account Manager; (vi) Internet access for Towne Park's personal computer either through Purchaser's LAN or a direct phone line that is not connected to Purchaser's PBX switch (any cost associated with running either data or phone lines will be the responsibility of Towne Park) at Purchaser's discretion; (vii) an analog DID telephone line for Towne Park's modem time clock system; and (viii) Purchaser may extend to Towne Park staff any discount that is similar to a discount provided to Purchaser's employee at employee cafeteria.

10.    **Equipment, Materials and Supplies:** Unless otherwise specified in a Schedule attached hereto, Towne Park shall provide at its expense, without remuneration or reimbursement of any kind all equipment, materials and supplies, including but not limited to standard Towne Park uniforms, and directional signage, required in performing the Services hereunder in accordance with the terms of applicable Schedules. The Parties acknowledge that Towne Park will continue to use existing self-parking equipment installed in the parking areas of the Premises ("Amano McGann" ). The Amana McGann shall be configured with Towne Park 's merch ant identification code(s) ("MID" ) in order to accept payment card transactions. All parking

DocuSign Envelope ID: 4204B7D4-C29D-4388-957B-3EE35A0A0CE4

receipts will be deposited into a Towne Park bank account. Towne Park shall be responsible for ensuring that the Amana McGann pay on foot and pay in lanes that are needed in order for Towne Park to provide Services are and remain compliant with any applicable Payment Card Industry (PCI) Security Standards related to Payment Applications Data Security Standards (PA- DSS) throughout the Term of this Agreement. Town Park shall also be responsible for ensuring its compliance with applicable PCI Security Standards, including Payment Card Industry-Data Security Standards (PCI-DSS), throughout the Term of this Agreement. All of Towne Park's PCI Security Standards obligations shall immediately terminate upon expiration or termination of this Agreement. Provider shall work with Towne Park in good faith to assist Towne Par k with its PCI Security Standards and PA-DSS compliance and maintenance obligations as detailed herein. Provider shall provide full support and access to associated data collection and transmission network systems (e.g., lines and network peripherals that connect payment equipment to the internet, and current network diagram) to enable Towne Park to comply with its aforesaid PCJ-DSS obligations throughout the Term of this Agreement. Towne Park 's PCI Security Standards, P -DSS, and PCI-DSS compliance obligations shall immediately terminate upon expiration or termination of this Agreement.

11. **Programs and Name:** Purchaser shall: (i) cooperate with Towne Park in order to facilitate the scheduling of the Services; and (ii) at Purchaser's discretion, promote the Services being provided by Towne Park to the Parkers. Towne Park shall not display or post any lettering, signs, or postings of any kind in or about the Premises without the prior approval of Purchaser, which approval shall not unreasonably be withheld. Towne Park shall not use the name, trademark or trade style belonging to the Purchaser or its Affiliates for any purpose whatsoever, except as necessary to perform the Services under this Agreement, unless provided by written agreement between the parties or otherwise authorized by Purchaser.

12. **Condition of the Premises:** Purchaser represents and warrants to Towne Park that as of the date of this Agreement and throughout the Term that it shall be exclusively responsible for keeping the parking areas wherein the Services are being provided in a clean, safe and secure manner, that it will be responsible for the repair, replacement and maintenance of such property, and that such property is and will remain in compliance with all applicable federal, state and local laws, codes, rules and regulations in effect from time to time, including but not limited to the Americans With Disabilities Act and any and all building, health and environmental laws, codes rules and regulations.

13. **[Intentionally omitted.]**

14. **Insurance:** During the Term, Towne Park shall maintain at its own expense, and shall not terminate or cancel without prior written notice to Purchaser, the following insurance, written for not less than greater of the limits of liability specified or as required by law: (i) Commercial general liability coverage to include personal injury, completed operations, products, independent contractors, and contractual liability, with liability limit of not less than $1,000,000 per occurrence and $2,000,000 aggregate; (ii) Garage keepers legal liability coverage on a legal liability basis with $500,000 comprehensive and $500,000 collision; (iii) Automobile liability coverage including coverage for all owned, non-owned, and hired vehicles, with coverage limit of not less than $1,000,000 combined single limit each occurrence, (iv) Worker's Compensation Insurance, including employer's liability, with limits of not less than $1,000,000 per accident, $1,000,000 per employee for disease and $1,000,000 policy limit for disease and all other insurance required by law for employees providing the Services; (v) Crime coverage for dishonest acts of Towne Park, including, but not limited to, theft of money and securities, with limits not less than $100,000 per occurrence; and (vi) Umbrella/Excess Liability insurance of $5,000,000 per occurrence/annual aggregate, such coverage shall include as underlying policies employers' liability, general liability and automobile liability. Except for workers' compensation insurance Resilience Healthcare and Ramco Healthcare Holdings, LLC shall be named as an additional insured or loss payee as allowed by Towne Park's insurer for applicable policies during the Term. Towne Park shall: (i) upon request of the Purchaser, provide to the Purchaser copies of relevant policies, and (ii) not, without prior written notice to the Purchaser, cancel or terminate any policy. Purchaser shall maintain insurance customarily and reasonably designed to protect both Parties under this Agreement. For avoidance of doubt, any insufficiency of Vendor's insurance limits or denial of coverage by Vendor's insurance carriers shall in no way limit Vendor's liability for damages under this Agreement.

DocuSign Envelope ID: 4204B7D4-C29D-4388-957B-3EE35A0A0CE4

15. **Vehicle Related Claims:** Towne Park shall be the primary contact for vehicle related claims and complaints relating to the Services at the Premises. Purchaser shall cause all such vehicle related claims and complaints received by Purchaser to be referred immediately to Towne Park for consideration. All such vehicle related claims for damages that are within the deductible limits of Towne Park's insurance coverage, will be processed by Towne Park. All such vehicle related claims for damages that are in excess of Towne Park's insurance deductible limits will be turned over to Towne Park's insurance carrier for consideration. Nothing in this Section shall be construed to obligate either Party or its insurance carrier to pay a claim for which that Party or that Party's insurance carrier is not liable. In addition, nothing in this Section shall be construed to authorize a Party or its insurance carrier to settle a claim on behalf of the other Party.

Towne Park understands from time-to-time Purchaser may settle a guest's claim in consideration of customer relations that has not resulted from negligence or misconduct of Towne Park or Towne Park's employees. Purchaser is solely responsible for the costs associated with the settlement of such customer relations claims for which Towne Park is not legally liable. Accordingly, Purchaser will process and pay such claims separately.

16. **Waiver:** No failure of any Party to exercise any power given hereunder or to insist upon strict compliance with any obligations specified herein, and no custom or practice at variance with the terms hereof, shall constitute a waiver of any Party's right to demand strict compliance with the terms hereof; provided, however, that any Party may, at its sole option, waive any requirement, covenant or condition herein established for the benefit of such Party without affecting any of the other provisions of this Agreement. In addition to the foregoing and not in limitation thereof each Party agrees and covenants that the undertaking of any act or the failure to act in any given situation shall not be deemed to create a binding obligation on the part of such Party under a subsequent and/or future identical situation to similarly act or fail to act where such act or failure to act is not contractually required of the Party pursuant to the terms and conditions set forth in this Agreement.

17. **Governing Law; Jurisdiction and Venue:** As between Vendor and any one Purchaser, this Agreement and any claim, controversy or dispute arising under or related to this Agreement shall be governed by and construed in accordance with the laws of the state in which such Purchaser is located (or, if as to multiple Affiliate Purchasers, the state of such Affiliate Purchasers' headquarters), without regard to its principles of conflict of laws. Jurisdiction and venue for any dispute between Vendor and any Purchaser concerning this Agreement shall rest exclusively in a court of competent jurisdiction located in the county and state in which such Purchaser is located (or, if as to multiple Affiliate Purchasers, the county and state of such Affiliate Purchasers' headquarters). Each of Vendor and Purchaser(s) waives all defenses of lack of personal jurisdiction and *forum non conveniens* related thereto.

18. **Severability:** If any provision of this Agreement is held to be invalid, illegal, or unenforceable, the remaining provisions shall remain in full force and effect. The court will modify any invalid provision to make it valid to the fullest extent permitted by law.

19. **Relationship of the Parties:**

19.1.     Towne Park and Purchaser expressly acknowledge and agree that Towne Park is an independent contractor and that this Agreement is not intended to create, nor does it create, any agency, partnership, employer/employee, joint venture or other relationship by and between Towne Park and Purchaser. Neither Towne Park nor Purchaser shall have or exercise any authority, express, implied or apparent, to act on behalf of or as an agent of the other Party for any purpose, and shall not take any action which might tend to create an apparent employer/employee, joint venture, partnership, or agency relationship between Towne Park and Purchaser. Towne Park and Purchaser are, and shall remain, unrelated and distinctly separate entities responsible for their separate obligations and liabilities.

19.2.     Towne Park may use Subcontractors in the performance of Towne Park's obligations under this Agreement if the following additional conditions are met: (i) any Subcontractor shall satisfy the

DocuSign Envelope ID: 4204B7D4-C29D-4388-957B-3EE35A0A0CE4

background check requirements set forth in Section 5.1; and (ii) any Subcontractor must have signed Towne Park's confidentiality agreement and/or business associate agreement (if applicable), in each case with terms at least as restrictive as those contained in this Agreement, prior to any involvement in the performance of Towne Park's obligations under this Agreement. Towne Park guarantees the proper classification of each Subcontractor and shall remain responsible for the full compliance by each Subcontractor of all duties and obligations that would otherwise apply to Towne Park absent the use of such Subcontractor. Purchaser shall not have to assert or exhaust any remedies against any Subcontractor before asserting against Towne Park or recovering from Towne Park any Damages arising under any Injury or other claim, or exercising any indemnification or other rights under this Agreement.

20. **Entire Agreement, Exhibits and Amendments:** The Purchasing Agreement, this Agreement and any exhibits, schedules or other attachments contain the entire agreement of the Parties and supersede any and all other agreements, discussions or understandings concerning the subject matter. This Agreement may only be modified by a written instrument signed by all of the Parties. Unless the context clearly requires otherwise: (i) all article and section references in any exhibit, schedule or other attachment hereto refer to the foregoing corresponding articles and sections of this Agreement, and (ii) all capitalized terms in any exhibit, schedule or other attachment hereto shall have the meanings ascribed to them in this Agreement. The Recitals are hereby included herein as substantive provisions of this Agreement.

21. **Counterparts:** This Agreement and any amendments thereto, if any, may be executed in any number of counterparts, each of which shall be deemed to be an original but all of which together shall constitute one and the same document. To facilitate execution of this Agreement and any amendments thereto, the Parties may execute and exchange by telephone facsimile or e-mail copies of this Agreement and any amendments thereto and all such copies shall be deemed to be originals.

22. **No Effect Until Mutual Execution.** Submission of this Agreement for examination or signature does not constitute an offer, reservation of or an option for the Services, and it is not effective as an agreement, license or otherwise until both parties sign and exchange copies of this Agreement.

23. **Conflict of Terms.** The terms and conditions of the Purchasing Agreement are incorporated herein by reference. In the event of a conflict between the Purchasing Agreement and this Agreement, the Purchasing Agreement shall control.

    23.1. **Potential Conflicts of Interest.** Towne Park shall notify Purchaser of any potential conflict of interest between Vendor Personnel selling Services and/or Products and any Purchaser or their employees, representatives or independent contractors (including physicians) possibly involved in the purchasing decision process.

24. **No Remuneration.** Towne Park represents and warrants to Purchaser that Vendor has not made, is not obligated to make, and will not make any payment or provide any remuneration or items of intrinsic value to any third party or to Purchaser or Purchaser's directors, officers or employees in return for Purchaser entering into this Agreement or for any business transacted under this Agreement.

DocuSign Envelope ID: 4204B7D4-C29D-4388-957B-3EE35A0A0CE4

**IN WITNESS WHEREOF**, each person executing this Agreement represents and warrants that such person is authorized to do so by the entity and/or Party on whose behalf such person is executing this Agreement for and which shall bind the entity and/or Party to the terms of this Agreement. The Parties hereto have executed this Agreement as of the Effective Date first above written.

**Owner Operator: Resilience Healthcare**

Signature: _Manoj Prasad_ (DocuSigned by: BA1BE7C5045D4E4)

Name Printed: Manoj Prasad

Title: CEO

Date: 4/11/2023

**Towne Park:**

Signature: _Michael Morgioni_ (DocuSigned by: 103076900E744AF)

Name Printed: Michael Morgioni

Title: CFO

Date: 4/13/2023

**Owner: Ramco Healthcare Holdings, LLC**

Signature: _Rathnaker Reddy Patlola_ (DocuSigned by: 2B4AC89A128C4F7)

Name Printed: Rathnaker Reddy Patlola

Title: President

Date: 4/11/2023

Acknowledged:

HealthTrust Purchasing Group, L.P.,

By HPG Enterprises, LLC, its general partner:

By: _____

Name: _____

Title: _____

DocuSign Envelope ID: 4204B7D4-C29D-4388-957B-3EE35A0A0CE4

**SCHEDULE A to PURCHASER-SPECIFIC AGREEMENT –
MANAGEMENT FEE PRICING OPTION
Weiss Memorial Hospital**

A. **Description of the Service Area(s):** Purchaser shall provide at the Premises for Towne Park's use, an area, adequate in size and configuration, at the front of the Premises or elsewhere therein at a reasonably proximate location, from which to operate the Services. Towne Park shall provide the Services at the following Premises entrances: Main Hospital Entrance or as otherwise mutually agreed to by the Parties.

   **Premises**: "*Premises*" as used in this Exhibit shall refer to the Weiss Memorial Hospital, 4646 N Marine Drive, Chicago, IL 60640 location.

B. **Parking Areas and Spaces:** The Purchaser shall make available 950 self-parking spaces and 120 Valet parking spaces at the Premises for Towne Park's use for the operation of the valet parking services. Purchaser shall be responsible for all costs, permissions, licenses, and permits associated with such parking areas and spaces.

C. **Description of the Service Roles:** Towne Park shall provide the following valet and self-parking management services ("*Services*") using the following roles:

   The specific number of services managers, valet attendants, greeters, cashiers, porters and lobby ambassadors required by Purchaser shall be mutually agreed upon initially through completion of this Agreement which shall serve as an initial request for Services and shall be updated, as needed, in subsequent requests. These updates will be made in writing by Purchaser to Towne Park regarding the specific number of personnel and weekly hours needed for Towne Park to perform services at the Premises. Purchaser will advise Towne Park of any projected increase in staffing requirements with a thirty (30) day notice in writing. Purchaser will advise Towne Park of any projected decrease in staffing requirements with a fourteen (14) day notice in writing. Any change in cost to Purchaser for the Service(s) provided under the revised service request shall be reflected based upon rates pursuant to the Purchasing Agreement.

i. Account Manager: Towne Park will designate an Account Manager as a point of contact for Purchaser management in order to coordinate and schedule the Services. The Account Manager shall be full-time.

ii. Associate Manager: Towne Park will provide an Associate Manager responsible for ensuring Purchaser, customer, and associate satisfaction. The Associate Manager's responsibilities include managing the delivery of the Services, training associates, and financial management and reporting.

iii. Guest Service Captain (on-site Supervision): Towne Park will assign an on-site Guest Service Captain. The Guest Service Captain will communicate the daily action plan, daily activities and Purchaser events to all employees working the shift; create a favorable first and last impression for guests and visitors; and address guest and visitor concerns.

iv. Guest Service Associate (Valet Attendant): Responsible for parking and retrieving valet vehicles in a prompt yet safe manner to and from the parking areas and securing vehicle keys at all times. Pleasantly greet all arriving and departing guests and visitors, assist guests and visitors in and out of their vehicles, assist guests and visitors with packages, provide directions to Purchaser services.

v. Cashier: Responsible for collecting and reconciling payments.

vi. Concierge/Lobby Ambassador: Responsible for greeting guests and visitors and assisting with directions at the entrances or in the lobbies.

DocuSign Envelope ID: 4204B7D4-C29D-4388-957B-3EE35A0A0CE4

**D. Operating Expenses:** The Owner Operator shall reimburse Towne Park (or Towne Park shall retain from Parking Revenue, as may be the case), for the costs and expenses incurred by Towne Park in the course of providing the Services ("***Operating Expenses***"). Operating Expenses include but are not limited to the following costs and expenses:

i. Wages, salaries, and incentive compensation for Towne Park's employees for Services performed.

ii. Payroll taxes and employee benefits which include health and life insurance programs, vacation, sick leave, a 401K program and worker's compensation insurance. The payroll taxes and employee benefits will be calculated at twenty percent (20%) of salaries and wages.

iii. Towne Park's monthly Management Fee..

iv. Payroll Processing.

v. Towne Park's cost to process, resolve, and/or settle claims which occurred during the Term of this Agreement.

vi. The purchase, maintenance and repair, and replacement of uniforms.

vii. Licenses, permits, and all statutory, regulatory, or other governmental fees associated with providing Towne Park's Services.

viii. Towne Park's monthly insurance costs ("***Insurance Costs***")

ix. Tickets, signs, printed materials, office supplies, postage, and other expenses associated with the operation of the Services on behalf of the Purchaser.

x. Shipping costs for supplies, materials, and equipment, including but not limited to, uniforms and signage.

xi. Support Services Expense at two percent (2%) of salaries and wages for support services provided by Towne Park for recruiting, training, and accounting. Costs associated with Towne Park hiring employees to provide the Services.

xiii. Other expenses as mutually agreed upon in writing between Purchaser and Towne Park.

**E. Hours of Operation and Rates:** The Services shall be as follows or as otherwise mutually agreed to by the Parties through revised service requests made in writing:

| Type of Service: | Valet | Lobby Ambassador | Porter | Cashier |
|---|---|---|---|---|
| Location: | Main Hospital Entrance | Main Hospital Entrance | Main Hospital Entrance | Main Hospital Entrance |
| Days and Hours of Operation: | 5:30am-3:00pm, Monday - Friday | 8:00am-4:00pm. Monday - Friday | As mutually agreed, upon, based on demand | 10:00am-4:00pm, Monday - Sunday, or as mutually agreed upon, based on demand |

DocuSign Envelope ID: 4204B7D4-C29D-4388-957B-3EE35A0A0CE4

| | |
|---|---|
| **Management Fees** | As compensation for the Services, Towne Park shall receive: a Management Fee of $625.00 ("*Management Fee*") per month, which shall be invoiced to the Owner Operator as an Operating Expense.<br><br>Rates are subject to increase upon no less than thirty (30) days prior written notice as a result of federally or state mandated wages increases or programs, changes in unemployment formulas from any applicable state where Services are being provided hereunder, and changes in garage insurance premiums; provided, however, that in the event of any such increase, Purchaser shall have the right to terminate this Agreement on thirty (30) days' notice. |

Pricing Notes for Management Fee:

    a.  All amounts collected from guests for parking services (including self-parking) net of: (1) any applicable sales and/or parking taxes; and (2) any third-party parking aggregator fees and commissions shall be *"Parking Revenue"*

    b.  If, after the Effective Date:

- any additional taxes, charges, increases or requirements (including insurance, employee benefits, minimum wage, licensing or permitting, etc.) are imposed by any law or regulation that increase Towne Park's cost to provide the Services, then the financial terms of this Agreement shall be adjusted as mutually agreed upon to compensate Towne Park for the increased cost of providing the Services
- the Purchaser's Premises undergoes construction, renovation, or any other similar activity which significantly decreases Parking Revenue or increases Towne Park's cost to provide the Services, the financial terms of this Agreement shall be adjusted as mutually agreed upon to compensate Towne Park for the reduction in Parking Revenue and/or increases in the cost to provide the Services.

**F. Records and Accounting:** Purchaser and Towne Park shall keep full and accurate books and records relating to charges and credits to Parking Revenue and Operating Expenses, and shall have the right, upon reasonable notice, to inspect the records of the other Party with respect to matters relating to the Agreement.

    a.  <u>Amano McGann and Cash Revenue</u>: Each month, Parking Revenue collected from the Amano McGann and cash shall deposited into a Towne Park bank account, or retained by Towne Park and credited to Purchaser after the offset of Operational Expenses in the applicable invoice.

    b.  <u>Monthly Invoice</u>: On or about the 5th business day of each month, Towne shall submit to 1) Owner Operator, via electronic mail to Maria Manoles at MManoles@weisshospital.com and 2) Owner, via electronic mail to Rathnaker Reddy Patlola at email reddy67@gmail.com, a financial statement and invoice for the previous month (the "*Monthly Statement*"). The invoice is due and payable 30 days from receipt by check or Automated Clearing House.

    c.  <u>Additional Staffing</u>: In the event additional staffing is necessary as referenced above, Purchaser will be invoiced in arrears for such staffing. Towne Park shall submit to Purchaser an invoice on or about the fifth (5th) business day of each month for the previous month's additional labor. The invoice is due and payable thirty (30) days from receipt by check or Automated Clearing House ("*ACH*").

DocuSign Envelope ID: 4204B7D4-C29D-4388-957B-3EE35A0A0CE4

**G. Certificates of Insurance:** Any certificates of insurance shall name:

Entity Name:   1) Resilience Healthcare
2) Ramco Healthcare Holdings, LLC

**H. Notices:** As required by this Agreement, any notices or communication required or permitted hereunder shall be submitted to the following Parties:

If Towne Park:  Towne Park, LLC
450 Plymouth Road, 300
Plymouth Meeting, PA 19462
Attn: General Counsel

If to Owner Operator:  Resilience Healthcare
21 Forest Avenue
River Forest, Illinois 60305
Attn: Manoj Prasad, CEO

If to Owner:  Ramco Healthcare Holdings, LLC
PO Box: 2218
Princeton, NJ 08543
Attn: Rathnaker Reddy Patlola