# EXHIBIT C



**TOWNE°**
PARK

Bill to:
Weiss Memorial Hospital - Garage
Attn: Accounts Payable
3 Erie Court, 2nd Floor
Oak Park, IL  60302

450 Plymouth Road
Suite 300
Plymouth Meeting, PA 19462

| Invoice Number | Invoice Date | Payment Terms | Amount Due |
|---|---|---|---|
| 04852310 | October 31, 2023 | Due in 30 Days | 17,741.10 |

| Description | Amount |
|---|---|
| Total Towne Park Expenses | 16,445.86 |
| Less: Towne Park Collected Cash and/or Credit Card Monies | 1,295.24 |
| **Total Due Towne Park** | **17,741.10** |

For information regarding your account please contact Towne Park Accounting at 800-291-6111.

| Check Payments: | ACH Payments: |
|---|---|
| Make checks payable to Towne Park, LLC | Account number:  85190688 |
| Please remit payment to :          Towne Park, LLC | ABA:   021-052-053 |
| P.O. Box 79349 | E-mail remittance to: |
| Baltimore, MD 21279-0349 | accountsreceivable@townepark.com |

**Weiss Memorial Hospital - Garage**
**PARKING DEPARTMENT**



| Current Month | | | October 31, 2023 | Year to Date | |
|---|---|---|---|---|---|
| Actual | Budget | | | Actual | Budget |
| | | **Statistics** | | | |
| 481 | 484 | Valet Vehicles | | 4,465 | 4,667 |
| 0 | 1,273 | Self Vehicles | | 21,153 | 21,276 |
| 481 | 1,757 | Total Vehicles | | 25,618 | 25,943 |
| -0.11 | 31.55 | Revenue Per Vehicle | | 21.71 | 23.16 |
| 27,993 | 27,993 | Available Parking Spaces | | 274,512 | 274,512 |
| 0.00 | 1.98 | REVPAS | | 2.03 | 2.19 |
| | | **Revenue Summary** | | | |
| 1,244.44 | 1,219 | Valet Revenue | | 11,127 | 12,201 |
| (1,295.24) | 54,208 | Self Revenue | | 545,138 | 588,605 |
| 0.00 | 0 | Miscellaneous | | 0 | 0 |
| 0.00 | 0 | Adjustments | | 0 | 0 |
| (50.80) | 55,428 | Total Net Revenue | | 556,265 | 600,806 |
| | | **Payroll Expense** | | | |
| 9,861.33 | 16,413 | Site Salaries & Wages | | 133,458 | 160,825 |
| 0.00 | 0 | Payroll Corporate Incentive | | 200 | 0 |
| 1,972.27 | 3,283 | PTEB at 20 % | | 26,732 | 32,166 |
| 11,833.60 | 19,696 | Total Payroll and Benefits | | 160,390 | 192,991 |
| | | **Other Expense** | | | |
| 197.23 | 328 | Support Services 2.00% of Topline Payroll | | 2,669 | 3,216 |
| 0.00 | 0 | Ad Placement | | 0 | 0 |
| 121.64 | 2,010 | Bank & Credit Card Fees | | 20,427 | 20,140 |
| 0.00 | 0 | Computer Services | | 0 | 0 |
| 0.00 | 0 | Contract Labor | | 0 | 0 |
| 63.11 | 0 | Employee Relations | | 513 | 750 |
| 0.00 | 0 | Equipment Cost | | 0 | 0 |
| 0.00 | 0 | Equipment Amortization | | 0 | 0 |
| 0.00 | 0 | Equipment Lease - Vehicle | | 0 | 0 |
| 0.00 | 0 | Fuel - Vehicle | | 0 | 0 |
| 640.98 | 679 | Insurance | | 6,020 | 6,654 |
| 0.00 | 0 | Internet Expense | | 0 | 0 |
| 0.00 | 0 | License & Permits | | 0 | 850 |
| 0.00 | 255 | Loss & Damage Claims | | 0 | 2,551 |
| 0.00 | 50 | Miscellaneous | | 6 | 550 |
| 36.95 | 260 | Office Supplies & Equipment | | 2,862 | 2,600 |
| 77.29 | 975 | Outside Services | | 4,873 | 9,750 |
| 42.33 | 175 | Payroll Processing | | 951 | 1,750 |
| 126.51 | 75 | Personel Recruitment | | 762 | 750 |
| 0.00 | 0 | Postage | | 555 | 0 |
| 0.00 | 0 | Rents - Parking | | 0 | 0 |
| 48.00 | 400 | Repairs & Maintenance - Garage | | 4,571 | 4,000 |
| 0.00 | 0 | Repairs & Maintenance - Vehicle | | 0 | 0 |
| 125.76 | 0 | Signage | | 1,243 | 2,000 |
| 0.00 | 125 | Supplies & Equipment - Garage | | 1,115 | 1,250 |
| 173.11 | 314 | Telephone & Pagers | | 2,713 | 3,141 |
| 0.00 | 1,000 | Tickets | | 911 | 2,750 |
| 625.00 | 625 | Towne Park Management Fee | | 6,250 | 6,250 |
| 0.00 | 1,000 | Uniforms | | 2,136 | 3,508 |
| 0.00 | 0 | Utilities | | 0 | 0 |
| 0.00 | 0 | Vehicle Expense | | 0 | 0 |
| 2,334.35 | 0 | Taxes - Other | | 2,334 | 0 |
| 4,612.26 | 8,271 | Total Other Expense | | 60,913 | 72,460 |
| 16,445.86 | 27,967 | Total Towne Park Expenses | | 221,303 | 265,451 |
| 0.00 | 0 | Owner Parking Department Expenses | | 0 | 0 |
| 16,445.86 | 27,967 | Total Expenses | | 221,303 | 265,451 |
| (16,496.66) | 27,461 | Parking Department Profit (Loss) | | 334,963 | 335,356 |
| | | **Owner Profit Share** | | | |
| 0.00 | 27,461 | Profit Available for Split | | 379,482 | 335,355 |
| 0.00 | 27,461 | Profit Share 100.00% | | 379,482 | 335,354 |
| (16,496.66) | 27,461 | Total Owner Profit (Loss) | | 334,963 | 335,354 |

Case: 1:25-cv-09803 Document #: 1-4 Filed: 08/18/25 Page 4 of 6 PageID #:39

Weiss Memorial Hospital - Garage
PARKING DEPARTMENT - YTD Report
October 31, 2023

**TOWNE PARK**

| Statistics | 1/31/23 | 2/28/23 | 3/31/23 | 4/30/23 | 5/31/23 | 6/30/23 | 7/31/23 | 8/31/23 | 9/30/23 | 10/31/23 | 11/30/23 | 12/31/23 | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Valet Vehicles | 405 | 406 | 497 | 408 | 456 | 467 | 411 | 474 | 462 | 481 | 0 | 0 | 4,465 |
| Self Vehicles | 2,804 | 2,768 | 3,759 | 3,112 | 2,976 | 3,134 | 2,586 | 14 | 0 | 0 | 0 | 0 | 21,153 |
| Total Vehicles | 3,209 | 3,174 | 4,256 | 3,518 | 3,432 | 3,601 | 2,997 | 488 | 462 | 481 | 0 | 0 | 25,618 |
| Revenue Per Vehicle | $22.88 | $21.33 | $20.54 | $23.16 | $22.83 | $20.21 | $30.78 | $3.56 | $2.64 | -$0.11 | $0.00 | $0.00 | $21.71 |
| Available Parking Spaces | 27,993 | 25,284 | 27,993 | 27,090 | 27,993 | 27,090 | 27,993 | 27,993 | 27,090 | 27,993 | 0 | 0 | 274,512 |
| REVPAS | $2.62 | $2.68 | $3.12 | $3.01 | $2.80 | $2.69 | $3.30 | $0.06 | $0.05 | $0.00 | $0.00 | $0.00 | $2.03 |
| **Revenue Summary** | | | | | | | | | | | | | |
| Valet Revenue | $1,186 | $1,163 | $1,381 | $1,232 | $1,237 | $1,252 | $1,100 | $112 | $1,220 | $1,244 | $0 | $0 | $11,127 |
| Self Revenue | 72,240 | 66,550 | 86,030 | 80,233 | 77,111 | 71,511 | 91,135 | 1,625 | 0 | (1,295) | 0 | 0 | 545,138 |
| Miscellaneous | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adjustments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Net Revenue** | $73,426 | $67,714 | $87,410 | $81,464 | $78,347 | $72,763 | $92,235 | $1,736 | $1,220 | (S51) | $0 | $0 | $556,265 |
| **Payroll Expense** | | | | | | | | | | | | | |
| Site Salaries & Wages | 16,023 | 14,565 | 16,240 | 15,800 | 15,802 | 15,594 | 11,233 | 9,681 | 8,659 | 9,861 | 0 | 0 | 133,458 |
| Payroll Corporate Incentive | 0 | 200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 200 |
| PTEB at 20 % | 3,205 | 2,953 | 3,248 | 3,160 | 3,160 | 3,119 | 2,247 | 1,936 | 1,732 | 1,972 | 0 | 0 | 26,732 |
| **Total Payroll and Benefits** | $19,228 | $17,717 | $19,488 | $18,960 | $18,963 | $18,713 | $13,479 | $11,618 | $10,391 | $11,834 | $0 | $0 | $160,390 |
| **Other Expense** | | | | | | | | | | | | | |
| Support Services 2.00% of Topline Payroll | $320 | $291 | $325 | $316 | $316 | $312 | $225 | $194 | $173 | $197 | $0 | $0 | $2,669 |
| Ad Placement | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bank & Credit Card Fees | 2,397 | 2,569 | 2,491 | 3,043 | 2,905 | 2,295 | 2,228 | 2,150 | 227 | 122 | 0 | 0 | 20,427 |
| Computer Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Contract Labor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Employee Relations | 0 | 108 | 10 | 0 | 63 | 17 | 84 | 162 | 8 | 63 | 0 | 0 | 513 |
| Equipment Cost | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equipment Amortization | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equipment Lease - Vehicle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fuel - Vehicle | 664 | 611 | 658 | 651 | 664 | 664 | 499 | 412 | 556 | 641 | 0 | 0 | 6,020 |
| Insurance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Internet Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| License & Permits | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loss & Damage Claims | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 |
| Miscellaneous | 473 | 404 | 0 | 100 | 260 | 453 | 0 | 1,078 | 57 | 37 | 0 | 0 | 2,862 |
| Office Supplies & Equipment | 437 | 904 | 438 | 673 | 461 | 301 | 508 | 520 | 553 | 77 | 0 | 0 | 4,873 |
| Outside Services | 144 | 143 | 50 | 262 | 93 | 94 | 23 | 52 | 48 | 42 | 0 | 0 | 951 |
| Payroll Processing | 0 | 120 | 0 | 0 | 117 | 29 | 15 | 191 | 164 | 127 | 0 | 0 | 782 |
| Personel Recruitment | 0 | 64 | 0 | 17 | 127 | 0 | 329 | 17 | 0 | 0 | 0 | 0 | 555 |
| Postage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rents - Parking | 340 | 720 | 2,703 | 0 | 340 | 420 | 0 | 0 | 0 | 48 | 0 | 0 | 4,571 |
| Repairs & Maintenance - Garage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repairs & Maintenance - Vehicle | 0 | 0 | 631 | 0 | 487 | 0 | 0 | 0 | 0 | 126 | 0 | 0 | 1,243 |
| Signage | 0 | 934 | 0 | 28 | 0 | 0 | 143 | 0 | 10 | 0 | 0 | 0 | 1,115 |
| Supplies & Equipment - Garage | 315 | 315 | 315 | 316 | 316 | 319 | 319 | 151 | 173 | 173 | 0 | 0 | 2,713 |
| Telephone & Pagers | 0 | 394 | 0 | 0 | 517 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 911 |
| Tickets | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 0 | 0 | 6,250 |
| Towne Park Management Fee | 0 | 712 | (140) | 0 | 737 | 0 | 0 | 0 | 828 | 0 | 0 | 0 | 2,136 |
| Uniforms | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vehicle Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes - Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Other Expense** | $5,716 | $8,916 | $8,107 | $6,032 | $8,034 | $5,528 | $4,998 | $5,551 | $3,419 | $4,612 | $0 | $0 | $60,913 |
| **Total Towne Park Expenses** | 24,944 | 26,633 | 27,594 | 24,991 | 26,997 | 24,241 | 18,477 | 17,168 | 13,811 | 16,446 | 0 | 0 | 221,303 |
| Owner Parking Department Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Expenses** | $24,944 | $26,633 | $27,594 | $24,991 | $26,997 | $24,241 | $18,477 | $17,168 | $13,811 | $16,446 | $0 | $0 | $221,303 |
| **Parking Department Profit (Loss)** | $48,481 | $41,081 | $59,816 | $56,473 | $51,351 | $48,522 | $73,757 | ($15,432) | ($12,590) | ($16,497) | $0 | $0 | $334,963 |
| **Owner Profit Share** | | | | | | | | | | | | | |
| Profit Available for Split | 48,481 | 41,081 | 59,816 | 56,473 | 51,351 | 48,522 | 73,757 | 0 | 0 | 0 | 0 | 0 | 379,482 |
| Profit Share 100.00% | 48,481 | 41,081 | 59,816 | 56,473 | 51,351 | 48,522 | 73,757 | 0 | 0 | 0 | 0 | 0 | 379,482 |
| **Total Owner Profit (Loss)** | $48,481 | $41,081 | $59,816 | $56,473 | $51,351 | $48,522 | $73,757 | ($15,432) | ($12,590) | ($16,497) | $0 | $0 | $334,963 |

**Weiss Memorial Hospital - Garage**

**Mix of Sales Report**

**TOWNE PARK**

**October 31, 2023**

| | Current Month | | | | | Year to Date | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vehicles | Rev/ Vehicle | Revenue | % of Sales | | | Vehicles | Rev/ Vehicle | Revenue | % of Sales |
| | | | | **VALET PARKING** | | | | | |
| 464 | $2.68 | $1,244.44 | -2449.7% | Daily Weekday | | 4,333 | $2.57 | $11,127.26 | 2.0% |
| 17 | | | | Comps Non-Billable Comps | | 132 | | | |
| 481 | $2.59 | $1,244.44 | -2449.7% | **Total Valet Parking** | | 4,465 | $2.49 | $11,127.26 | 2.0% |
| | | | | **Self Parking** | | | | | |
| 0 | $0.00 | ($1,295.24) | 2549.7% | Daily Transient | | 17,091 | $6.03 | $103,138.44 | 18.5% |
| 0 | $0.00 | $0.00 | 0.0% | Daily Employee Debit | | 0 | $0.00 | $0.00 | 0.0% |
| 0 | $0.00 | $0.00 | 0.0% | Monthly Public | | 4,058 | $108.82 | $441,592.81 | 79.4% |
| 0 | $0.00 | $0.00 | 0.0% | Monthly Employee Payroll Deduction | | 0 | $0.00 | $0.00 | 0.0% |
| 0 | | | | Comps Non-Billable Comps | | 0 | | | |
| 0 | $0.00 | ($1,295.24) | 2549.7% | **Total Self Parking** | | 21,153 | $25.77 | $545,138.23 | 98.0% |
| | | $0.00 | 0.0% | **Adjustments** | | | | $0.00 | 0.0% |
| 481 | -$0.11 | ($50.80) | 100.0% | **Total Parking** | | 25,618 | $21.71 | $556,265.49 | 100.0% |

Case: 1:25-cv-09803 Document #: 1-4 Filed: 08/18/25 Page 6 of 6 PageID #:41

**DO NOT SEND THIS TO CUSTOMER - INTERNAL DOCUMENT**

**Miscellaneous Journal Entry**

This is a custom journal entry form depending on the needs of the invoice.

| | |
|---|---|
| Site: | Weiss Memorial Hospital - Garage |
| Company: | TOWNE |
| Posting Date: | 10/31/2023 |

| 10/31/2023 |
|---|
| Oct |

Y
N

| G/L ACCOUNT # | | | DESCRIPTION | DEBIT | CREDIT | Reversing Entry: | Reversing Date |
|---|---|---|---|---|---|---|---|
| 02-02-1401 | 4715 | 0485 | 0485 RC Parking Tax 10/2023 | (13.20) | | N | |
| 02-00-0000 | 2030 | 0000 | 0485 RC Parking Tax 10/2023 | | (13.20) | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | 0.00 | | |

**Instructions**
This Amount is Added to P&L as Accrual to Revenue
BPA keep one copy of calcs in invoice packet
BPA sign off on JE above, give to Acctg for Accrual