# EXHIBIT E



**TOWNE°**
PARK

**Bill to:**
Weiss Memorial Hospital - Garage
Attn: Accounts Payable
3 Erie Court, 2nd Floor
Oak Park, IL 60302

450 Plymouth Road
Suite 300
Plymouth Meeting, PA 19462

| Invoice Number | Invoice Date | Payment Terms | Amount Due |
|---|---|---|---|
| 04852403 | March 31, 2024 | Due in 30 Days | 11,429.17 |

| Description | Amount |
|---|---|
| Total Towne Park Expenses | 11,034.01 |
| Tax Due to Towne Park for Parking Revenue | 395.16 |
| Less: Towne Park Collected Cash and/or Credit Card Monies | - |
| **Total Due Towne Park** | **11,429.17** |

For information regarding your account please contact Towne Park Accounting at 800-291-6111.

| Check Payments: | | ACH Payments: |
|---|---|---|
| Make checks payable to Towne Park, LLC | | Account number: 85190688 |
| Please remit payment to : | Towne Park, LLC | ABA: 021-052-053 |
| | P.O. Box 79349 | E-mail remittance to: |
| | Baltimore, MD 21279-0349 | accountsreceivable@townepark.com |

## Weiss Memorial Hospital - Garage

### PARKING DEPARTMENT

| Current Month Actual | March 31, 2024 | Year to Date Actual |
|---|---|---|
| | **Statistics** | |
| 308 | Valet Vehicles | 1,080 |
| 0 | Self Vehicles | 0 |
| 308 | Total Vehicles | 1,080 |
| 4.94 | Revenue Per Vehicle | 4.42 |
| 27,993 | Available Parking Spaces | 82,173 |
| 0.05 | REVPAS | 0.06 |
| | **Revenue Summary** | |
| 1,519.84 | Valet Revenue | 4,773 |
| 0.00 | Self Revenue | 0 |
| 0.00 | Miscellaneous | 0 |
| 0.00 | Adjustments | 0 |
| 1,519.84 | Total Net Revenue | 4,773 |
| | | |
| | **Payroll Expense** | |
| 7,403.99 | Site Salaries & Wages | 28,597 |
| 223.00 | Payroll Corporate Incentive | 223 |
| 1,525.40 | PTEB at 20 % | 5,764 |
| 9,152.39 | Total Payroll and Benefits | 34,584 |
| | | |
| | **Other Expense** | |
| 183.05 | Business Support Services 2.00% | 692 |
| 0.00 | Ad Placement | 0 |
| 110.80 | Bank & Credit Card Fees | 455 |
| 0.00 | Computer Services | 0 |
| 0.00 | Contract Labor | 0 |
| 11.27 | Employee Relations | 110 |
| 0.00 | Equipment Cost | 0 |
| 0.00 | Equipment Amortization | 0 |
| 0.00 | Equipment Lease - Vehicle | 0 |
| 0.00 | Fuel - Vehicle | 0 |
| 493.95 | Insurance | 1,789 |
| 0.00 | Internet Expense | 0 |
| 0.00 | License & Permits | 0 |
| 0.00 | Loss & Damage Claims | 0 |
| 0.00 | Miscellaneous | 106 |
| 144.21 | Office Supplies & Equipment | 144 |
| 64.07 | Outside Services | 165 |
| 75.65 | Payroll Processing | 158 |
| 0.00 | Personel Recruitment | 383 |
| 0.00 | Postage | 0 |
| 0.00 | Rents - Parking | 0 |
| 0.00 | Repairs & Maintenance - Garage | 0 |
| 0.00 | Repairs & Maintenance - Vehicle | 0 |
| 0.00 | Signage | 105 |
| 0.00 | Supplies & Equipment - Garage | 0 |
| 173.62 | Telephone & Pagers | 520 |
| 0.00 | Tickets | 0 |
| 625.00 | Towne Park Management Fee | 1,875 |
| 0.00 | Uniforms | 484 |
| 0.00 | Utilities | 0 |
| 0.00 | Vehicle Expense | 0 |
| 0.00 | Taxes - Other | 0 |
| 1,881.62 | Total Other Expense | 6,987 |
| 11,034.01 | Total Towne Park Expenses | 41,570 |
| 0.00 | Owner Parking Department Expenses | 0 |
| 11,034.01 | Total Expenses | 41,570 |
| (9,514.17) | Parking Department Profit (Loss) | (36,797) |

Weiss Memorial Hospital - Garage
PARKING DEPARTMENT - YTD Report
March 31, 2024

**TOWNE• PARK**

Case: 1:25-cv-09803 Document #: 1-6 Filed: 08/18/25 Page 4 of 6 PageID #:50

| | 1/31/24 | 2/29/24 | 3/31/24 | 4/30/24 | 5/31/24 | 6/30/24 | 7/31/24 | 8/31/24 | 9/30/24 | 10/31/24 | 11/30/24 | 12/31/24 | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Statistics** | | | | | | | | | | | | | |
| Valet Vehicles | 373 | 399 | 308 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,080 |
| Self Vehicles | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Vehicles | 373 | 399 | 308 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,080 |
| Revenue Per Vehicle | $3.66 | $4.74 | $4.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.42 |
| Available Parking Spaces | 27,993 | 26,187 | 27,993 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 82,173 |
| REVPAS | $0.05 | $0.07 | $0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.06 |
| **Revenue Summary** | | | | | | | | | | | | | |
| Valet Revenue | $1,363 | $1,890 | $1,520 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $4,773 |
| Self Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Miscellaneous | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adjustments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Net Revenue** | $1,363 | $1,890 | $1,520 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $4,773 |
| **Payroll Expense** | | | | | | | | | | | | | |
| Site Salaries & Wages | 10,297 | 10,896 | 7,404 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28,597 |
| Payroll Corporate Incentive | 0 | 0 | 223 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 223 |
| PTEB at 20 % | 2,059 | 2,179 | 1,525 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,764 |
| **Total Payroll and Benefits** | $12,356 | $13,075 | $9,152 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $34,584 |
| **Other Expense** | | | | | | | | | | | | | |
| Business Support Services 2.00% | $247 | $262 | $183 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $692 |
| Ad Placement | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bank & Credit Card Fees | 232 | 113 | 111 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 455 |
| Computer Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Contract Labor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Employee Relations | 92 | 8 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 110 |
| Equipment Cost | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equipment Amortization | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equipment Lease - Vehicle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fuel - Vehicle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insurance | 626 | 670 | 494 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,789 |
| Internet Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| License & Permits | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loss & Damage Claims | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Miscellaneous | 106 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 106 |
| Office Supplies & Equipment | 0 | 0 | 144 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 144 |
| Outside Services | 74 | 27 | 64 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 165 |
| Payroll Processing | 39 | 43 | 76 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 158 |
| Personel Recruitment | 383 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 383 |
| Postage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rents - Parking | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repairs & Maintenance - Garage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repairs & Maintenance - Vehicle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Signage | 0 | 105 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 105 |
| Supplies & Equipment - Garage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Telephone & Pagers | 173 | 174 | 174 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 520 |
| Tickets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Towne Park Management Fee | 625 | 625 | 625 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,875 |
| Uniforms | 484 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 484 |
| Utilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vehicle Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes - Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Other Expense** | $3,079 | $2,026 | $1,882 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,987 |
| **Total Towne Park Expenses** | 15,436 | 15,101 | 11,034 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 41,570 |
| Owner Parking Department Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Expenses** | $15,436 | $15,101 | $11,034 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $41,570 |
| **Parking Department Profit (Loss)** | ($14,072) | ($13,211) | ($9,514) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($36,797) |

Weiss Memorial Hospital - Garage

Mix of Sales Report

 **TOWNE** PARK

|  | Current Month | | | March 31, 2024 | Year to Date | | | |
|---|---|---|---|---|---|---|---|---|
| Vehicles | Rev/ Vehicle | Revenue | % of Sales |  | Vehicles | Rev/ Vehicle | Revenue | % of Sales |
|  |  |  |  | **VALET PARKING** |  |  |  |  |
| 303 | $5.02 | $1,519.84 | 100.0% | Daily Weekday | 1,050 | $4.55 | $4,773.01 | 100.0% |
| 5 |  |  |  | Comps Non-Billable Comps | 30 |  |  |  |
| 308 | $4.93 | $1,519.84 | 100.0% | **Total Valet Parking** | 1,080 | $4.42 | $4,773.01 | 100.0% |
|  |  |  |  | **Self Parking** |  |  |  |  |
| 0 | $0.00 | $0.00 | 0.0% | Daily Transient | 0 | $0.00 | $0.00 | 0.0% |
| 0 | $0.00 | $0.00 | 0.0% | Daily Employee Debit | 0 | $0.00 | $0.00 | 0.0% |
| 0 | $0.00 | $0.00 | 0.0% | Monthly Public | 0 | $0.00 | $0.00 | 0.0% |
| 0 | $0.00 | $0.00 | 0.0% | Monthly Employee Payroll Deduction | 0 | $0.00 | $0.00 | 0.0% |
| 0 |  |  |  | Comps Non-Billable Comps | 0 |  |  |  |
| 0 | $0.00 | $0.00 | 0.0% | **Total Self Parking** | 0 | $0.00 | $0.00 | 0.0% |
|  |  | $0.00 | 0.0% | **Adjustments** |  |  | $0.00 | 0.0% |
| 308 | $4.93 | $1,519.84 | 100.0% | **Total Parking** | 1,080 | $4.42 | $4,773.01 | 100.0% |

**DO NOT SEND THIS TO CUSTOMER - INTERNAL DOCUMENT**

**Miscellaneous Journal Entry**       This is a custom journal entry form depending on the needs of the invoice.

Site:          Weiss Memorial Hospital - Garage
Company:       TOWNE
Posting Date:  3/31/2024

| 3/31/2024 |
|-----------|
| Mar |

Y
N

| G/L ACCOUNT # | | | DESCRIPTION | DEBIT | CREDIT | Reversing Entry: | Reversing Date |
|---|---|---|---|---|---|---|---|
| 02-02-1401 | 4715 | 0485 | 0485 RC Parking Tax 03/2024 | 395.16 | | N | |
| 02-00-0000 | 2030 | 0000 | 0485 RC Parking Tax 03/2024 | | 395.16 | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | 0.00 | N | |

Instructions
This Amount is Added to P&L as Accrual to Revenue
BPA keep one copy of calcs in invoice packet
BPA sign off on JE above, give to Acctg for Accrual