# EXHIBIT F

Bill to:
Weiss Memorial Hospital - Garage
Attn: Accounts Payable
3 Erie Court, 2nd Floor
Oak Park, IL 60302

 **TOWNE·**
PARK

450 Plymouth Road
Suite 300
Plymouth Meeting, PA 19462

| Invoice Number | Invoice Date | Payment Terms | Amount Due |
|---|---|---|---|
| 04852404 | April 30, 2024 | Due in 30 Days | 10,548.17 |

| Description | Amount |
|---|---|
| Total Towne Park Expenses | 10,156.10 |
| Tax Due to Towne Park for Parking Revenue | 392.07 |
| Less: Towne Park Collected Cash and/or Credit Card Monies | - |
| **Total Due Towne Park** | **10,548.17** |

For information regarding your account please contact Towne Park Accounting at 800-291-6111.

| Check Payments: | ACH Payments: |
|---|---|
| Make checks payable to Towne Park, LLC | Account number: 85190688 |
| Please remit payment to :      Towne Park, LLC | ABA: 021-052-053 |
| P.O. Box 79349 | E-mail remittance to: |
| Baltimore, MD 21279-0349 | accountsreceivable@townepark.com |

**Weiss Memorial Hospital - Garage**

**PARKING DEPARTMENT**

| Current Month<br>Actual | April 30, 2024 | Year to Date<br>Actual |
|---|---|---|
| | **Statistics** | |
| 328 | Valet Vehicles | 1,408 |
| 0 | Self Vehicles | 0 |
| 328 | Total Vehicles | 1,408 |
| 4.60 | Revenue Per Vehicle | 4.46 |
| 27,090 | Available Parking Spaces | 109,263 |
| 0.06 | REVPAS | 0.06 |
| | **Revenue Summary** | |
| 1,507.93 | Valet Revenue | 6,281 |
| 0.00 | Self Revenue | 0 |
| 0.00 | Miscellaneous | 0 |
| 0.00 | Adjustments | 0 |
| 1,507.93 | Total Net Revenue | 6,281 |
| | **Payroll Expense** | |
| 7,001.95 | Site Salaries & Wages | 35,599 |
| 0.00 | Payroll Corporate Incentive | 223 |
| 1,400.39 | PTEB at 20 % | 7,164 |
| 8,402.34 | Total Payroll and Benefits | 42,986 |
| | **Other Expense** | |
| 168.05 | Business Support Services 2.00% | 860 |
| 0.00 | Ad Placement | 0 |
| 110.80 | Bank & Credit Card Fees | 566 |
| 0.00 | Computer Services | 0 |
| 0.00 | Contract Labor | 0 |
| 115.82 | Employee Relations | 226 |
| 0.00 | Equipment Cost | 0 |
| 0.00 | Equipment Amortization | 0 |
| 0.00 | Equipment Lease - Vehicle | 0 |
| 0.00 | Fuel - Vehicle | 0 |
| 449.13 | Insurance | 2,238 |
| 0.00 | Internet Expense | 0 |
| 0.00 | License & Permits | 0 |
| 0.00 | Loss & Damage Claims | 0 |
| 0.00 | Miscellaneous | 106 |
| 9.01 | Office Supplies & Equipment | 153 |
| 53.26 | Outside Services | 218 |
| 49.08 | Payroll Processing | 207 |
| 0.00 | Personel Recruitment | 383 |
| 0.00 | Postage | 0 |
| 0.00 | Rents - Parking | 0 |
| 0.00 | Repairs & Maintenance - Garage | 0 |
| 0.00 | Repairs & Maintenance - Vehicle | 0 |
| 0.00 | Signage | 105 |
| 0.00 | Supplies & Equipment - Garage | 0 |
| 173.61 | Telephone & Pagers | 694 |
| 0.00 | Tickets | 0 |
| 625.00 | Towne Park Management Fee | 2,500 |
| 0.00 | Uniforms | 484 |
| 0.00 | Utilities | 0 |
| 0.00 | Vehicle Expense | 0 |
| 0.00 | Taxes - Other | 0 |
| 1,753.76 | Total Other Expense | 8,740 |
| 10,156.10 | Total Towne Park Expenses | 51,726 |
| 0.00 | Owner Parking Department Expenses | 0 |
| 10,156.10 | Total Expenses | 51,726 |
| (8,648.17) | Parking Department Profit (Loss) | (45,446) |

**Weiss Memorial Hospital - Garage**
**PARKING DEPARTMENT - YTD Report**
April 30, 2024

**TOWNE°**
**PARK**

Case: 1:25-cv-09803 Document #: 1-7 Filed: 08/18/25 Page 4 of 9 PageID #:56

| | 1/31/24 | 2/29/24 | 3/31/24 | 4/30/24 | 5/31/24 | 6/30/24 | 7/31/24 | 8/31/24 | 9/30/24 | 10/31/24 | 11/30/24 | 12/31/24 | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Statistics** | | | | | | | | | | | | | |
| Valet Vehicles | 373 | 399 | 308 | 328 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,408 |
| Self Vehicles | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Vehicles | 373 | 399 | 308 | 328 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,408 |
| Revenue Per Vehicle | $3.66 | $4.74 | $4.94 | $4.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.46 |
| Available Parking Spaces | 27,993 | 26,187 | 27,993 | 27,090 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 109,263 |
| REVPAS | $0.05 | $0.07 | $0.05 | $0.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.06 |
| **Revenue Summary** | | | | | | | | | | | | | |
| Valet Revenue | $1,363 | $1,890 | $1,520 | $1,508 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,281 |
| Self Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Miscellaneous | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adjustments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Net Revenue** | $1,383 | $1,890 | $1,520 | $1,508 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,281 |
| | | | | | | | | | | | | | |
| **Payroll Expense** | | | | | | | | | | | | | |
| Site Salaries & Wages | 10,297 | 10,896 | 7,404 | 7,002 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35,599 |
| Payroll Corporate Incentive | 0 | 0 | 223 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 223 |
| PTEB at 20 % | 2,059 | 2,179 | 1,525 | 1,400 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,164 |
| **Total Payroll and Benefits** | $12,356 | $13,075 | $9,152 | $8,402 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $42,986 |
| | | | | | | | | | | | | | |
| **Other Expense** | | | | | | | | | | | | | |
| Business Support Services 2.00% | $247 | $262 | $183 | $168 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $860 |
| Ad Placement | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bank & Credit Card Fees | 232 | 113 | 111 | 111 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 566 |
| Computer Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Contract Labor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Employee Relations | 92 | 8 | 11 | 116 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 226 |
| Equipment Cost | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equipment Amortization | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equipment Lease - Vehicle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fuel - Vehicle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insurance | 626 | 670 | 494 | 449 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,238 |
| Internet Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| License & Permits | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loss & Damage Claims | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Miscellaneous | 106 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 106 |
| Office Supplies & Equipment | 0 | 0 | 144 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 153 |
| Outside Services | 74 | 27 | 64 | 53 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 218 |
| Payroll Processing | 39 | 43 | 76 | 49 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 207 |
| Personel Recruitment | 383 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 383 |
| Postage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rents - Parking | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repairs & Maintenance - Garage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repairs & Maintenance - Vehicle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Signage | 0 | 105 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 105 |
| Supplies & Equipment - Garage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Telephone & Pagers | 173 | 174 | 174 | 174 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 694 |
| Tickets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Towne Park Management Fee | 625 | 625 | 625 | 625 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,500 |
| Uniforms | 484 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 484 |
| Utilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vehicle Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes - Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Other Expense** | $3,079 | $2,026 | $1,882 | $1,754 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $8,740 |
| **Total Towne Park Expenses** | 15,436 | 15,101 | 11,034 | 10,156 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 51,726 |
| Owner Parking Department Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Expenses** | $15,436 | $15,101 | $11,034 | $10,156 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $51,726 |
| **Parking Department Profit (Loss)** | ($14,072) | ($13,211) | ($9,514) | ($8,648) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($45,446) |

Weiss Memorial Hospital - Garage

Mix of Sales Report

 TOWNE PARK

| | Current Month | | | | April 30, 2024 | Year to Date | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vehicles | Rev/ Vehicle | Revenue | % of Sales | | | Vehicles | Rev/ Vehicle | Revenue | % of Sales |
| | | | | **VALET PARKING** | | | | | |
| 309 | $4.88 | $1,507.93 | 100.0% | Daily Weekday | | 1,359 | $4.62 | $6,280.94 | 100.0% |
| 19 | | | | Comps Non-Billable Comps | | 49 | | | |
| 328 | $4.60 | $1,507.93 | 100.0% | **Total Valet Parking** | | 1,408 | $4.46 | $6,280.94 | 100.0% |
| | | | | **Self Parking** | | | | | |
| 0 | $0.00 | $0.00 | 0.0% | Daily Transient | | 0 | $0.00 | $0.00 | 0.0% |
| 0 | $0.00 | $0.00 | 0.0% | Daily Employee Debit | | 0 | $0.00 | $0.00 | 0.0% |
| 0 | $0.00 | $0.00 | 0.0% | Monthly Public | | 0 | $0.00 | $0.00 | 0.0% |
| 0 | $0.00 | $0.00 | 0.0% | Monthly Employee Payroll Deduction | | 0 | $0.00 | $0.00 | 0.0% |
| 0 | | | | Comps Non-Billable Comps | | 0 | | | |
| 0 | $0.00 | $0.00 | 0.0% | **Total Self Parking** | | 0 | $0.00 | $0.00 | 0.0% |
| | | $0.00 | 0.0% | **Adjustments** | | | | $0.00 | 0.0% |
| 328 | $4.60 | $1,507.93 | 100.0% | **Total Parking** | | 1,408 | $4.46 | $6,280.94 | 100.0% |

Case: 1:25-cv-09803 Document #: 1-7 Filed: 08/18/25 Page 6 of 9 PageID #:58

**DO NOT SEND THIS TO CUSTOMER - INTERNAL DOCUMENT**

Miscellaneous Journal Entry                    This is a custom journal entry form depending on the needs of the invoice.

Site:          Weiss Memorial Hospital - Garage
Company:       TOWNE
Posting Date:  4/30/2024

| 4/30/2024 |
| Apr |

Y
N

| G/L ACCOUNT # | | | DESCRIPTION | DEBIT | CREDIT | Reversing Entry: | Reversing Date |
|---|---|---|---|---|---|---|---|
| 02-02-1401 | 4715 | 0485 | 0485 RC Parking Tax 04/2024 | 392.07 | | N | |
| 02-00-0000 | 2030 | 0000 | 0485 RC Parking Tax 04/2024 | | 392.07 | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | | N | |
| | | | | | 0.00 | N | |

Instructions
This Amount is Added to P&L as Accrual to Revenue
BPA keep one copy of calcs in invoice packet
BPA sign off on JE above, give to Acctg for Accrual



**TOWNE** PARK

**Bill to:**
Weiss Memorial Hospital - Screener
Attn: Accounts Payable
4646 N. Marine Drive
Chicago, IL 60640

450 Plymouth Road
Suite 300
Plymouth Meeting, PA 19462

| Invoice Number | Invoice Date | Payment Terms | Amount Due |
|---|---|---|---|
| 19122404 | April 30, 2024 | Due in 20 Days | 5,638.76 |

| Description | Amount |
|---|---|
| Total Towne Park Expenses | 23,138.76 |
| Less: Pre-Bill | (5,000.00) |
| Advance Deposit Credit | (12,500.00) |
| **Total Due Towne Park** | 5,638.76 |

For information regarding your account please contact Towne Park Accounting at 800-291-6111.

| Check Payments: | ACH Payments: |
|---|---|
| Make checks payable to Towne Park, LLC | Account number: 85190688 |
| Please remit payment to :     Towne Park, LLC | ABA: 021-052-053 |
|     P.O. Box 79349 | E-mail remittance to: |
|     Baltimore, MD 21279-0349 | accountsreceivable@townepark.com |

## Weiss Memorial Hospital - Screener

## PARKING DEPARTMENT

| Current Month Actual | April 30, 2024 | Year to Date Actual |
|---|---|---|
| | **Payroll Expense** | |
| 17,657.50 | Site Salaries & Wages | 50,995 |
| 0.00 | Payroll Corporate Incentive | 0 |
| 3,531.50 | PTEB at 20 % | 10,199 |
| 21,189.00 | Total Payroll and Benefits | 61,194 |
| | **Other Expense** | |
| 423.78 | Business Support Services 2.00% | 1,224 |
| 0.00 | Ad Placement | 0 |
| 0.00 | Bank & Credit Card Fees | 0 |
| 0.00 | Computer Services | 0 |
| 0.00 | Contract Labor | 0 |
| 14.21 | Employee Relations | 75 |
| 0.00 | Equipment Cost | 0 |
| 0.00 | Equipment Amortization | 0 |
| 0.00 | Equipment Lease - Vehicle | 0 |
| 0.00 | Fuel - Vehicle | 0 |
| 1,100.53 | Insurance | 3,170 |
| 0.00 | Internet Expense | 0 |
| 0.00 | License & Permits | 0 |
| 0.00 | Loss & Damage Claims | 0 |
| 0.00 | Miscellaneous | 0 |
| 0.00 | Office Supplies & Equipment | 42 |
| 13.64 | Outside Services | 72 |
| 97.60 | Payroll Processing | 459 |
| 0.00 | Personnel Recruitment | 110 |
| 0.00 | Postage | 0 |
| 0.00 | Rents - Parking | 0 |
| 0.00 | Repairs & Maintenance - Garage | 0 |
| 0.00 | Repairs & Maintenance - Vehicle | 0 |
| 0.00 | Signage | 0 |
| 0.00 | Supplies & Equipment - Garage | 0 |
| 0.00 | Telephone & Pagers | 0 |
| 0.00 | Tickets | 0 |
| 300.00 | Towne Park Management Fee | 1,200 |
| 0.00 | Uniforms | 0 |
| 0.00 | Utilities | 0 |
| 0.00 | Vehicle Expense | 0 |
| 0.00 | Taxes - Other | 0 |
| 1,949.76 | Total Other Expense | 6,352 |
| 23,138.76 | Total Towne Park Expenses | 67,547 |

Case: 1:25-cv-09803 Document #: 1-7 Filed: 08/18/25 Page 9 of 9 PageID #:61

Weiss Memorial Hospital - Screener
PARKING DEPARTMENT - YTD Report
April 30, 2024

**TOWNE· PARK**

| | 1/31/24 | 2/29/24 | 3/31/24 | 4/30/24 | 5/31/24 | 6/30/24 | 7/31/24 | 8/31/24 | 9/30/24 | 10/31/24 | 11/30/24 | 12/31/24 | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Payroll Expense** | | | | | | | | | | | | | |
| Site Salaries & Wages | 7,739 | 9,781 | 15,818 | 17,658 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50,995 |
| Payroll Corporate Incentive | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PTEB at 20 % | 1,548 | 1,956 | 3,164 | 3,532 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10,199 |
| Total Payroll and Benefits | $9,287 | $11,737 | $18,981 | $21,189 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $61,194 |
| | | | | | | | | | | | | | |
| **Other Expense** | | | | | | | | | | | | | |
| Business Support Services 2.00% | $186 | $235 | $380 | $424 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,224 |
| Ad Placement | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bank & Credit Card Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Contract Labor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Employee Relations | 17 | 21 | 23 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 75 |
| Equipment Cost | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equipment Amortization | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equipment Lease - Vehicle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fuel - Vehicle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insurance | 493 | 594 | 982 | 1,101 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,170 |
| Internet Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| License & Permits | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loss & Damage Claims | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Miscellaneous | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Office Supplies & Equipment | 0 | 42 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 42 |
| Outside Services | 17 | 20 | 22 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 72 |
| Payroll Processing | 88 | 116 | 158 | 98 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 459 |
| Personnel Recruitment | 110 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 110 |
| Postage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rents - Parking | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repairs & Maintenance - Garage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repairs & Maintenance - Vehicle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Signage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Supplies & Equipment - Garage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Telephone & Pagers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tickets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Towne Park Management Fee | 300 | 300 | 300 | 300 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,200 |
| Uniforms | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vehicle Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes - Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Other Expense | $1,211 | $1,328 | $1,863 | $1,950 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,352 |
| Total Towne Park Expenses | 10,498 | 13,066 | 20,845 | 23,139 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 67,547 |