IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **TOWNE PARK, LLC,** | : | CIVIL ACTION |
| | : | NO.: 1:25-CV-09803 |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **RESILIENCE HEALTHCARE-** | : | ELECTRONICALLY FILED |
| **WEISS MEMORIAL HOSPITAL,** | : | |
| **LLC AND RAMCO HEALTHCARE** | : | |
| **HOLDINGS, LLC,** | : | |
| | : | |
| *Defendants.* | : | |

## **ORDER**

AND NOW, this 15th day of December, 2025, upon consideration of Plaintiff's Motion for Default Judgment, it is hereby **ORDERED** that the Motion is **GRANTED**. Judgment is entered in favor of Plaintiff, Towne Park, LLC, and against Defendants, Resilience Healthcare-Weiss Memorial Hospital, LLC, and Ramco Healthcare Holdings, LLC in the total amount of $114,767.61, which represents $101,953.11 in the amount still due to Plaintiff from Defendants, as alleged in the Complaint, and $12,814.50 in reasonable attorneys' fees and costs incurred in enforcing same, thereafter with interest thereon pursuant to 28 U.S.C. § 1961.

BY THE COURT:

*Mary M Rowland*
_____

- 1 -