ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Towne Park, LLC

Plaintiff(s),

v.

Resilience Healthcare-Weiss Memorial Hospital, LLC, and Ramco Healthcare Holdings, LLC

Defendant(s).

Case No.  25-cv-09803
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other:  Plaintiff's motion for default judgment [19] is granted. Judgment is entered in favor of in favor of Plaintiff, Towne Park, LLC, and against Defendants, Resilience Healthcare-Weiss Memorial Hospital, LLC, and Ramco Healthcare Holdings, LLC.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland

Date:  12/16/2025

Thomas G. Bruton, Clerk of Court

Jasmin Galindo , Deputy Clerk